EDVA JUDGES:
LIAM O'GRADY (18-cv-1328) AND ROBERT E. PAYNE (18-cv-369) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

UNITED STATES DISTRICT COURT

28 USC 1391(b)(3)

WESTERN DISTRICT OF VIRGINIA

WILLIAM LEE GRANT II

-vs-

GREGORY K. HARRIS, AUSA
& JOINT CHIEFS OF STAFF

*A Complaint pertaining to civil rights violations against William Lee Grant II*

18C00946

28 USC 1391(b)(3)
28 USC 1346(b)(1)
U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S.
U.S. CONST. AMEND XIII                              CONST.
                                                    AMEND XIV

**COMPLAINT OF CIVIL RIGHTS VIOLATONS**

William Lee Grant II filed for Federal Unemployment Benefits with the Illinois Department of Employment Security (IDES) in December of 2014. William Lee Grant II was denied Federal Unemployment Benefits by IDES as retaliation for filing a civil rights complaint with the Illinois Department of Transportation, and an ethics complaint with the Office of Executive Inspector General in 2012.

William Lee Grant II qualified for Federal Unemployment Benefits pursuant to 820 ILCS 405/601(B).

Petitioner is owed for unpaid Federal Unemployment Benefits, and the sum repaid to IDES as restitution when William Lee Grant II was denied Federal Unemployment Benefits.

The Office of Executive Inspector General and IDES have refused to investigate this matter.

The Illinois Attorney General and U.S. Department of Justice do not deny the allegations.



3/21/2019

William Lee Grant II
901 Wythe Road
Springfield, Illinois 62702
(217)726-5269



1) THE JOINT CHIEFS OF STAFF (JCOS) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE "THE JUDGE" AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

2) THE JCOS "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

3) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT BY "BRIBING" MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT.

4) GREGORY K. HARRIS CONDUCTED HIS ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH THE U.S. ATTORNEY'S OFFICE LOCATED IN SPRINGFIELD, IL.

5) THE JCOS "HACKED" MR. GRANT'S CELLULAR PHONE, COMPUTER, AND KEPT MR. GRANT UNDER SATELLITE SURVEILLANCE.

6) MR. GRANT WAS TOLD AS A CHILD, HE MUST STAB DR. BILL GRANT WHEN MR. GRANT TURNS SEVENTEEN (17), OR THE JCOS WOULD KILL DR. GRANT.

7) WHEN MR. GRANT TURNED SEVENTEEN (17), HE STABBED DR. GRANT.

8) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE WHEN BEING ████████ PROSECUTED FOR STABBING DR. GRANT BY COLLUDING WITH MR. GRANT'S LAWYERS.

9) MR. GRANT WAS OVERLY SENTENCED FOR DOMESTIC BATTERY.



10) MR. GRANT WAS FORCED TO BEGIN "ACTING GAY" IN COLLEGE, OR THE JCOS WOULD HAVE SENT SOMEONE TO RAPE MR. GRANT. MR. GRANT ~~████~~ WAS FORCED TO SPEND MORE THAN SEVEN YEARS AS A "GAY MAN."

11) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

12) D.K. HIRNER (ILLINOIS LT. GOVERNOR SHEILA SIMON'S CHIEFS OF STAFF) HIRED MR. GRANT AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LT. GOVERNOR IN 2011.

13) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

14) ANN L. SCHNEIDER (SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE ILLINOIS DEPARTMENT OF TRANSPORTATION.

15) IN 2012, MR. GRANT FILED A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS. MR. GRANT WAS RETALIATED AGAINST FOR FILING THESE COMPLAINT.

16) THE RETALIATION CULMINATED IN GEOGRAPHIC RELOCATION, DENIAL OF A PROMOTION, A HOSTILE WORK ENVIRONMENT, FAILURE OF THE ILLINOIS GOVERNOR'S OFFICE TO ADD MR. GRANT TO PAYROLL IN 2014, THE DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS, AND MR. GRANT FINDING HIMSELF BLACKLISTED.

17) WHILE MR. GRANT WAS EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS AND SUPERVISORS REPORTED THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

18) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

19) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN ORDER" WITH THE CONSENT OF BUSH AND CHENEY.

20) DICK CHENEY HAD A CONFLICT OF INTEREST IN LOBBYING FOR THE INVASION OF IRAQ.

21) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES OF AMERICA INVADING IRAQ.

22) HILLARY RODHAM CLINTON KILLED WHITE HOUSE COUNSEL VINCE FOSTER.

23) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS. HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

24) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT STEVENS FROM ~~[redacted]~~ ISSUING A REPORT URGING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

25) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

26) THE CIA KILLED JOHN F. KENNEDY.

27) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

28) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

29) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO WIN THE ILLINOIS GOVERNORSHIP AS A REPUBLICAN.

30) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY IN CONCEALING THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

31) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

32) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION UPON LEAVING THE CLINTON WHITE HOUSE. BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

33) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT. RODGER A. HEATON CONDUCTED ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH CONDUCTING ILLEGAL INTERVIEWS OF MR. GRANT'S FAMILY, PEERS, CO-WORKERS, PROFESSORS, LAWYERS, AND SUPERVISORS.

34) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND TO REPORT HIS WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

35) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

36) MR. GRANT HAS A CAUSE OF ACTION UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

37) MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE ILLINOIS CENTRAL DISTRICT, DISTRICT OF COLUMBIA, AND THE EASTERN DISTRICT OF VIRGINIA.

38) THE ILCD HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

39) THE DOJ WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO FEDERAL COURT.

40) THE ILLINOIS ATTORNEY GENERAL AND DOJ DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

41) THE DOJ DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

42) THE ILCD CLERK HAS FAILED/REFUSED TO ENTER DEFAULT JUDGMENT AGAINST THE DOJ.

43) THIS ACTION MAY BE BROUGHT IN WESTERN DISTRICT OF VIRGINIA PURSUANT TO: 28 USC 1391(b)(3).

44) MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

45) THE ILND, ILCD, ILSD, CDCA, MARYLAND, NEBRASKA, EDNY, WDTX, NDTX, EDTX, NDGA, CFC., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

46) THE DoD STOLE TWENTY-NINE (29) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

47) MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

MR. GRANT'S WITNESSES
---
MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

48) LOUIS FARRAKHAN KILLED MALCOLM X.

49) MARION HUGH "SUGE" KNIGHT KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE, AND BRIBED THE LAPD TO CONCEAL SUGE KNIGHT'S ROLE.

*William Lee Grant II signature* 3/20/2019
William Lee Grant II
901 Wythe Road
Springfield IL 62702
(217) 726-5269

(6)

(50) THE ~~IL~~ IL DEPT OF HUMAN RIGHTS; IL DEPT OF TRANSPORTATION; IL STATE POLICE; IL AG; IL DEPT OF EMPLOYMENT SECURITY; OFFICE OF EXECUTIVE INSPECTOR GENERAL (OEIG); U.S. EEOC; U.S. DEPT OF TRANSPORTATION; U.S. DEPT OF LABOR; U.S. DEPT OF JUSTICE; U.S. DEPT OF DEFENSE; AND U.S. OFFICE OF SPECIAL COUNSEL HAVE FAILED TO INVESTIGATE.

*William Lee Grant II* 3/22/2019

William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269